DAVID ZARMI
California Bar No. 245636
8950 W Olympic Blvd., Ste. 533
Beverly Hills, CA 90211
310-841-6455
davidzarmi@gmail.com

*Attorney for Defendant*
San Marino Gardens Wellness Center, LP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION

| | |
|---|---|
| SUSAN OLMES, Individually and as heir and Successor in Interest to the Estate of MICHAEL OLMES,<br><br>Plaintiffs,<br><br>v.<br><br>SAN MARINO GARDENS WELLNESS CENTER, LP, dba PASADENA PARK HEALTHCARE AND WELLNESS CENTER, LP and DOES 1 to 50,<br><br>Defendants. | Case No:   2:21-cv-09375<br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1<br><br>[Re: Los Angeles Superior Court Case No. 20STCV37215] |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Defendants, certifies that no corporation holds more than 10% of stock in SAN MARINO GARDENS WELLNESS CENTER, LP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on December 2, 2021, at Los Angeles County, California.

/s/ David Zarmi_____