NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David Zarmi, SBN 245636
Zarmi Law
8950 W Olympic Blvd., #533
Beverly Hills, CA 90211

ATTORNEY(S) FOR: San Marino Gardens Wellness Center, LP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OLMES, Individually and as heir and Successor in Interest to the Estate of MICHAEL O <br><br> Plaintiff(s), <br> v. <br> SAN MARINO GARDENS WELLNESS CENTER, LP, dba PASADENA PARK HEALTHCARE AND WELLNESS CENTER, LP and DOES 1 to 50, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:21-cv-09375 <br><br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   San Marino Gardens Wellness Center, LP
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sol Majer | Ownership Interest San Marino Gardens Wellness Center, LP |
| Pasadena Park Wellness GP, LLC | Ownership Interest San Marino Gardens Wellness Center, LP |

December 2, 2021   /s/ David Zarmi

Date   Signature

Attorney of record for (or name of party appearing in pro per):

San Marino Gardens Wellness Center, LP