JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OLMES,<br>    Plaintiff,<br><br>        v.<br><br>SAN MARINO GARDENS WELLNESS CENTER, LP,<br>    Defendant. | CV 21-9375 DSF (SKx)<br><br>Order GRANTING Motion to Remand (Dkt. 14) |

    Defendant removed this case on several grounds relating to federal government COVID-19 directives and the PREP Act.  In a case presenting identical legal issues, the Ninth Circuit recently found that the federal courts lacked subject matter jurisdiction over the plaintiff's claims.  <u>Saldana v. Glenhaven Healthcare LLC</u>, -- F.4th --, 2022 WL 518989 (Feb. 22, 2022).  Therefore, the motion to remand is GRANTED and the case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: March 4, 2022

                                                                            Dale S. Fischer<br>
                                                                            United States District Judge